IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LACEY TOWNSEND, <br> on behalf of himself and all others <br> similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EASTERN SPECIALTY FINANCE, <br> INC., d/b/a CHECK 'N GO, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 13-1403-SLR <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

At Wilmington this 12th day of February 2015, consistent with the memorandum issued this same date;

IT IS ORDERED that:

1. Defendant's motion to dismiss the amended complaint (D.I. 25) is granted.

2. Defendant's renewed motion to strike class allegations (D.I. 27) is denied as moot.

                                                                           _____
                                                                           United States District Judge